IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

       **Plaintiff,**

v.     Case No. 07-20099-13-JWL

**Jessie Dickinson,**

       **Defendant.**

## MEMORANDUM & ORDER

Jessie Dickinson has filed a motion for early termination of his supervision. The government does not oppose the motion and the probation office supports Mr. Dickinson's request for early termination. The motion is granted.

A district court has authority to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release," so long as it considers the factors in § 3553(a) and the release is in the "interest of justice." 18 U.S.C. § 3583(e)(1); *United States v. Begay*, 631 F.3d 1168, 1171–72 (10th Cir. 2011). Mr. Dickinson has completed more than 4 years of his five-year term of supervision. Based on the support of the probation office (the most familiar with Mr. Dickinson's circumstances and conduct since his release and in the best position to assess the need for continuing supervision) and the government's non-opposition to the motion, the court is persuaded that termination of supervised release is warranted here.

In short, the court concludes that termination of Mr. Dickinson's supervision is warranted in light of the factors in § 3553(a) and is in the interest of justice. Accordingly, the court grants the motion, and defendant's term of supervised release is hereby terminated.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Mr. Dickinson's motion for early termination of supervised release (doc. 1206) is **granted** and defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED.**

Dated this 30th day of August, 2023, at Kansas City, Kansas.

<u>s/John W. Lungstrum</u>
John W. Lungstrum
United States District Judge